IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

C.A.C.R., et al.,                    :
                                     :
            Petitioner,              :
                                     :
v.                                   :     Case No. 4:26-cv-571-CDL-AGH
                                     :          28 U.S.C. § 2241
                                     :
Warden, STEWART DETENTION            :
CENTER, et al.,                      :
                                     :
            Respondents.             :
_____

ORDER

On May 18, 2026, W.J.C.A. requested that the Court dismiss his individual petition for writ of habeas corpus without prejudice and dissolve the temporary restraining order preventing his removal. Mot. to Dismiss 1, ECF No. 30. Pursuant to Federal Rule of Civil Procedure 41, the Court grants Petitioner's motion (ECF No. 30). The Clerk is directed to dismiss W.J.C.A.'s petition without prejudice. The Court's temporary restraining order preventing Petitioner's removal (ECF Nos. 24, 27, 29) is hereby dissolved for Petitioner W.J.C.A. only.

IT IS SO ORDERED, this 20th day of May, 2026.

s/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA