**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| Y.A.V.A., | : | |
| | : | |
| Petitioner, | : | Case No. 4:26-cv-00571-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| v. | : | |
| | : | Case No. 4:26-cv-01265-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| STEWART DETENTION CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

On May 8, 2025, the Court received Petitioner's application for habeas corpus relief in case number 4:26-cv-00802-CDL-AGH, ECF No. 1. That cases was consolidated into case number 4:26-cv-571-CDL-AGH on May 11, 2026. Text-Only Order, ECF No. 5, Case No. 4:26-cv-00802-CDL-AGH. On October 8, 2026, Petitioner filed another application for habeas corpus relief in case number 4:26-cv-01265-CDL-AGH, ECF No. 1. Thus, Petitioner now has two pending applications for habeas corpus relief.

Petitioner is represented by counsel in case number 4:26-cv-571-CDL-AGH. In case number 4:26-cv-01265-CDL-AGH, however, Petitioner filed the petition *pro se* and "request[s] individual consideration [of the petition] through the procedure this Court permits, including leave to supplement the earlier action if appropriate." Pet. Attach. 1, at 1, ECF No. 1-1. Based on Petitioner's representations, it appears that he wishes to procced on both Petitions.

The Court acknowledges that Petitioner would like to maintain both petitions. Pet. Attach. 1, at 1. However, some of Petitioner's claims in his second petition are duplicative of the first petition and thus cannot be adjudicated in both actions. Additionally, it is unclear if Petitioner's counsel is aware of this second petition. Therefore, the Court ORDERS Petitioner's counsel in 4:26-cv-571-CDL-AGH to respond and explain how Petitioner wishes to proceed in these two actions. Petitioner shall have fourteen (14) days to file a response to this order. If Petitioner wishes to consolidate or dismiss one of his Petitions, Petitioner should move to do so within that same timeframe.

**SO ORDERED**, this 15th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE