**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| D.N.A.R., *et al.*, | : | |
| Petitioners, | : | |
| v. | : | Case No. 4:26-cv-571-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

On October 28, 2026, Petitioner J.V.L.R. (Petitioner) filed a second motion for sanctions against Respondents (ECF No. 43). Petitioner claims that Respondents removed Petitioner out of Stewart Detention Center on October 26, 2026, in direct violation of the Court's May 14, 2026 Order prohibiting the "remov[al], deport[ation], and/or transfer[ of Petitioners] from Stewart Detention Center until further order of this Court." J.V.L.R. 2d Mot. for Sanctions 1, ECF No. 43; Text-Only Order, ECF No. 27. Petitioner moves the Court to hold Respondents in contempt for this violation and renews his prior request for sanctions.[1] J.V.L.R. 2d Mot. for Sanctions 6.

Given the seriousness of Petitioner's allegations that Respondents have failed to abide—on more than one occasion—by the Court's prohibition on the removal, deportation, and transfer of two Petitioners, the Court finds it necessary to convene

[1] Petitioners filed their first motion for sanctions on July 20, 2026, when Respondents allegedly transferred Petitioner Y.A.V.A. out of Stewart Detention Center on July 8, 2026. Y.A.V.A. 1st Mot. for Sanctions 1, ECF No. 38.

the parties for a hearing on Petitioners J.V.L.R. and Y.A.V.A.'s motions for sanctions (ECF Nos. 38, 43). Thus, the Parties are ORDERED to confer and present to the Court within fourteen (14) days a scheduling order addressing the following:

1. proposed dates for the hearing on Petitioner's motions, to occur no later than thirty (30) days from the date of this order;

2. which petitioner(s) shall be present to represent the consolidated petitioners in this matter; and

3. any other matters the parties deem pertinent.

Respondents **shall** have a representative from Department of Homeland Security and Immigration Customs and Enforcement **physically present** at the hearing to testify as to the reasons for these Petitioners' removal/transfer from Stewart Detention Center. Respondents shall also file a response to the second motion for sanctions within seven (7) days. If the parties need additional time to confer, they may jointly move for a short extension of time.

**SO ORDERED**, this 30th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE